# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michael Daniel Hamamdzian,

    Plaintiff,

v.

Las Vegas Metropolitan Police Department,

    Defendant.

Case No. 2:25-cv-02545-APG-NJK

**ORDER**

[Docket Nos. 8, 9]

Pending before the Court are Plaintiff's motions to be permitted to file electronically. Docket Nos. 8, 9. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The first motion, Docket No. 8, is **GRANTED** subject to the following:

- No later than January 16, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

The second motion, Docket No. 9, is a duplicative filing and, therefore, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: January 9, 2026

                                            Nancy J. Koppe
                                            United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.