# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Daniel Hamamdzian,<br><br>         Plaintiff(s),<br><br>v.<br><br>Las Vegas Metropolitan Police Department,<br><br>         Defendant(s). | Case No. 2:25-cv-02545-APG-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 17; *see also* Docket No. 3 (motion to dismiss). Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1] Accordingly, the Court **GRANTS** Defendant's motion to stay discovery. If resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery schedule within 21 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: February 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion to dismiss is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.