**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL DANIEL HAMAMDZIAN,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:25-cv-02545-APG-NJK

**Order**

[Docket No. 18]

Pending before the Court is Defendant's proposed discovery plan and scheduling order, submitted without the participation or approval of Plaintiff. Docket No. 18.

On February 9, 2026, the Court entered a stay of discovery pending resolution of Defendant's motion to dismiss. Docket No. 19. If resolution of the motion to dismiss does not result in termination of this case, the Court ordered the parties to file a joint proposed discovery schedule within 21 days of the issuance of the order resolving the motion to dismiss. *Id.*

Accordingly, the Court **DENIES** the proposed discovery plan without prejudice. Docket No. 18.

IT IS SO ORDERED.

Dated: February 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1