# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL DANIEL HAMAMDZIAN a/k/a
MICHAEL DANIEL HAMAMJIAN,

    Plaintiff

    v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,

    Defendant

Case No.: 2:25-cv-02545-APG-NJK

**Order Closing Case**

Michael Hamamdzian filed a complaint and an amended complaint[1] against the Las Vegas Metropolitan Police Department (LVMPD).  LVMPD moved to dismiss, which I granted with leave to amend. ECF Nos. 3; 22.  I gave Hamamdzian leave to file a second amended complaint by April 24, 2026, if he could plausibly allege sufficient facts to make out a claim against LVMPD or its individual officers. ECF No. 22 at 3.  Hamamdzian did not file a second amended complaint by that date.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 24th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The amended complaint repeats the allegations of the complaint but modifies the relief Hamamdzian is requesting.